■ THE PEOPLE OF THE STATE OF NEW YORK v. RAUL ALICEA.— Enlargement of time granted. Concur — Botein, P. J., Rabin, Eager, Steuer and Noonan, JJ.

■ FREDERICK F. SINGER v. ALAN WALKER.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 21, 1963, with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Motion for an enlargement of time and for other relief denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ FRANK GRASSO et al., Respondents, v. PAUL PHILLIPS, as President of the United Papermakers and Paperworkers, et al., Appellants.— Order, entered November 21, 1962, unanimously modified, on the law and on the facts, to provide, in lieu of the second decretal paragraph, (1) that defendant be adjudged in contempt for disobedience of the judgment entered September 18, 1962, such disobedience having impaired and prejudiced plaintiffs' rights and remedies thereunder, (2) that defendant be fined in the sum of $250 and directed to pay said sum to plaintiffs, or to their attorneys for plaintiffs' account, within 10 days after service of a copy of the order entered hereon with notice of entry, (3) that defendant's president and executive board be directed, within such period of 10 days (a) to reconstitute Region X as re-established by said judgment, and (b) to call a regional convention of said Region X, as so reconstituted, to fill the vacancy of vice-president, regional director of said Region, which convention shall be held within 60 days after such call, and (4) that defendant will be purged of such contempt upon due compliance with clauses (2) and (3) above; and as so modified the order is affirmed, with $50 costs to plaintiffs. The judgment entered September 18, 1962 is unambiguous and unconditional. In the plainest terms it re-established the Region X which the president and executive board had invalidly acted to eliminate; and it ordered a convention for that Region X and not for a different geographical area subsequently created and for which the designation "Region X" was chosen. The duty to obey the mandate of the judgment is clear (see *Mount Sinai Hosp.* v. *Davis*, 8 A D 2d 361, 364). Defendant's noncompliance is a transparent evasion. Settle order on notice. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ FRANK GRASSO et al. v. PAUL PHILLIPS, as President of the United Papermakers and Paperworkers., et al. (Two Motions.) — Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of VINCENT J. GAROFOLO, JR., Doing Business as CAFE BOHEMIA, v. WILLIAM H. MORGAN et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated December 28, 1962. The petitioner's time within which to serve and file his petitioner's points is extended to and including January 17, 1963, with notice of argument for the February 1963 Term of this court, said proceeding to be argued or submitted when reached. Respondents' points are to be served and filed on or before February 1, 1963. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ WILLIAM CASHMAN et al. v. KNOLLS COOPERATIVE SECTION No. II, INC.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.